UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** January 21, 2005

**DC #:** 97-091 (JAF)

**APPEAL FEE PAID:** YES <u>X</u>   NO ___

**CASE CAPTION:** USA v. Kouri-Pérez
Defendant : Yamil H. Kouri-Pérez (1)

**IN FORMA PAUPERIS:** YES ___   NO <u>X</u>

**MOTIONS PENDING:** YES ___   NO <u>X</u>

**NOTICE OF APPEAL FILED BY:** Defendant
- NOA filed on 12/06/04
- - Amended NOA filed on 12/16/04

**APPEAL FROM:** - Order entered on 12/01/04
- - Order entered on 12/01/04 and Order entered on 12/14/04

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries** 2,192,229,582,1172 | I |
| **Docket Entries** 1371,1610,1612,1613,1616,1617,1619,1620,1643, 1644,1645,1646,1647 (Sealed) | II |
| **Docket Entry** 1630 (Transcript) | III |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk