# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record  to the Court of Appeals

**DATE:**    **July 11, 2005**

**DC #:**    **97-091  (JAF)**

**CCA #**    **04-1034**

**CASE CAPTION:**        USA     v.    **Kouri-Pérez**
                           **Defendant:**    **Yamil H. Kouri-Pérez  (1)**

**SPECIAL COMMENTS:**        **Copies & original documents**

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                              **VOLUMES:**

**Docket Entries   1657  &  1658 /Transcript   (Sealed)**                    **I**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

                                    FRANCES RIOS DE MORAN
                                    Clerk of the Court


                                    S/ Xiomara Muñiz
                                    Xiomara Muñiz
                                    Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:      _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk