# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record to the Court of Appeals

DATE:   July 19, 2005

DC #:   97-091  (JAF)

CCA #   04-1034

CASE CAPTION:        USA    v.    Kouri-Pérez
                     Defendant:   Yamil H. Kouri-Pérez (1)

SPECIAL COMMENTS:    Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                    VOLUMES:

**Docket Entry  1660  (Sealed Transcript)**                        I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk