IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America

Plaintiffs

vs.

Kourí, et al.

Defendants

CRIM. NO. 97-091 (JAF)

## MOTION TO SEAL EX-PARTE

TO THE HONORABLE JOSE A. FUSTE, CHIEF JUDGE U.S. DISTRICT COURT.

Comes now Petitioner through his undersigned attorney who respectfully alleges and prays as follows:

The accompanying envelope contains a self-explanatory document, related to the above captioned-case. The Petitioner respectfully requests that the document be accepted by the Court for filing and appropriate disposition and that it remain under seal until further order from this Court.

Wherefore, the Petitioner respectfully prays that the Court accept and file the above-mentioned self-explanatory document, take appropriate action, and that an order be issued directing it remain under seal until further order by the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of September 2005.

GERARDO ORTIZ DEL RIVERO
Attorney for Petitioner
U.S.D.C. 108207
Monserrate & Monserrate
606 Muñoz Rivera
San Juan, PR 00918-3632
Tel. (787) 764-8960
Fax. (787) 751-7114

*[Handwritten judge's note]: Have entered an order today which the requested relief is granted. Therefore this document not be sealed. 9/20/05*

