IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>YAMIL H. KOURI PEREZ,<br><br>Defendant | Crim. 97-091 (JAF) |

**MOTION REQUESTING STAY OF PAYMENT OF FINE PENDING APPEAL PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 38 (c)**

Herein appears defendant Yamil H. Kouri Perez through his undersigned attorney and most respectfully prays and requests:

1- Defendant Kouri has filed a timely appeal before the First Circuit Court of Appeals concerning his conviction and sentence in this case.

2- Pending his appeal defendant has received letters from the government who wants to execute the restitution and fines imposed by this Hon. Court in its sentence.

3- Federal Rules of Criminal Procedure 38(c) states:

"A sentence to pay a fine and costs, if an appeals is taken, may be stayed by the District Court or by the Court of Appeals upon such terms as the court deem proper."

4- In view of the fact that defendant's conviction has been appealed and is not final it is requested from this Hon. Court that it grant a stay of execution of the fines and restitution imposed by the Court as a result of his conviction.

5- Defendant is presently in bankruptcy court and is not in a position to deposit a bond before the Court. However, one of the properties that the government had placed a liens was sold by mutual agreement of the parties who stipulated that the funds would be placed in escrow pending the finality of the case. There are over $450,000 deposited in said escrow account.

WHEREFORE it is respectfully requested from this Hon. Court that it grant a stay of the execution of the payment of fines and restitution in the case of Yamil Kouri until the appeal process is concluded.

I hereby certify that copy of the above motion has been sent to Maria Dominguez, Assistant U.S. Attorney.

San Juan, Puerto Rico, this 30th day of June, 2000

RAFAEL F. CASTRO LANG
USDC-PR- 128505
Attorney for Defendant
P.O. Box 9023222
San Juan, P. R. 00902-3222
723-3672 - 723-1809
Fax 725-4133