| Standard Form 1034<br>Revised October 1987<br>Department of the Treasury<br>1 TFM 4-2000 | PUBLIC VOUCHER FOR PURCHASES AND<br>SERVICES OTHER THAN PERSONAL | VOUCHER NO.<br>797 |
|---|---|---|

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION<br>US DEPARTMENT OF JUSTICE<br>US MARSHAL SERVICE<br>FOB - 200, 150 CHARDON AVENUE<br>HATO REY, PR 00918-1740 | DATE VOUCHER PREPARED<br>February 20, 2007 | SCHEDULE NO. |
|---|---|---|
| | CONTRACT NUMBER AND DATE | PAID BY<br>HERMAN WIRSHING<br>USM<br>Symbol No. 8169<br>2/22/07 |
| | REQUISITION NUMBER AND DATE | |

| PAYEE'S NAME AND ADDRESS | CLERK'S OFFICE<br>United States District Court<br>Room 150 Federal Bldg.<br>Carlos Chardon Avenue<br>San Juan, PR 00918-1767 | |
|---|---|---|
| | | DATE INVOICE RECEIVED |
| | | DISCOUNT TERMS |
| | | PAYEE'S ACCOUNT NO. |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NO. |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT COST | PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| 98-FBI-002<br>093 | 2/16/07 | RETURN of seized monies. See attached Order signed by Judge Jose A. Fuste on 2/12/07. | | | | $408,296.46 |

| (Use continuation sheets) if necessary) | (Payee must NOT use the space below) | TOTAL | $408,296.46 |
|---|---|---|---|

| PAYMENT: | APPROVED FOR<br>= $ | EXCHANGE RATE<br>= $1.00 | DIFFERENCES | |
|---|---|---|---|---|
| ☐ PROVISIONAL<br>☒ COMPLETE<br>☐ PARTIAL<br>☐ FINAL<br>☐ PROGRESS<br>☐ ADVANCE | BY (2)<br><br>TITLE | | Amount verified; correct for<br>(Signature or initials) | $408,296.46 |

Pursuant to authority vested in me I certify that this voucher is correct and proper for payment.

2-20-07   [signature]   S/USM
Date    Authorized Certifying Officer (2)    (Title)

ACCOUNTING CLASSIFICATION

| PAID BY | CHECK NUMBER<br>87717 | ON ACCOUNT OF U.S. TREASURY<br>15x6874  o/c: 4502  /eja | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|---|
| | CASH | DATE<br>2/22/07 | PAYEE 3 | REC: 168125<br>AMOUNT: 408,296.46<br>FEB 2 2 2007<br>CASHIER'S SIGNATURE |
| | | | PER | |
| | | | TITLE | |

(1) When stated in foreign currency, state name of currency
(2) If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his/her official title.
(3) When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name as well as the capacity in which he/she signs, must appear. For example: John Doe Company, per John.

PRIVACY ACT STATEMENT
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

SF-1034
10/87
USMS 07/05