IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| Plaintiff * | |
| * | |
| v * | CASE: 97-CR-91 (JAF) |
| * | |
| YAMIL H. KOURI PEREZ * | |
| Defendants * | |
| _____ * | |

MOTION FOR EXTENSION OF TIME

TO THE HONORABLE COURT:

NOW COMES the United States of America represented by the undersigned attorneys and respectfully requests, pursuant to Rule 45 of the Federal Rules of Criminal Procedure an extension of time, **until May 21, 2007,** to file a reply to Defendant's motion to compel as the issue herein- moneys applied towards the satisfaction of the restitution of the above named defendants- are interrelated to the Luis Dubon case and also to the Jeanette Sotomayor case in which a reply is also due on the latter also on said date, May 21, 2007.

WHEREFORE the United States of America respectfully requests, in view of all the above, an extension of time, **until May 21, 2007,** to inform the moneys applied towards the satisfaction of the restitution of the above named defendants.

CERTIFICATE: I hereby certify that the instant document was filed on this same date via CM/ECF and copy sent by regular mail to the following attorneys of record: Benny F. Cerezo, 848 Hostos, Hyde Park, Rio Piedras, PR 00927-4216; Charles W. Daniels, 20 First Plaza, Suite 700, Albuquerque, NM 87102; Fernando J. Carlo Gorbea, P.O. Box 19689, San Juan, PR 00919-5689; Joaquin Monserrate Matienzo, 606 Muñoz Rivera Ave. San Juan, PR 00918; Rafael Castro Lang, Box 9023222, San Juan, PR 00902-3222; and the USMS, FOB, 150 Chardon Ave, Hato

Rey, PR 00918.

At San Juan, Puerto Rico this 30th day of April, 2007.

                                          ROSA EMILIA RODRIGUEZ VELEZ
                                          UNITED STATES ATTORNEY

                                         s/ Rebecca Vargas-Vera, 203307
                                          REBECCA VARGAS VERA
                                          Assistant U.S. Attorney
                                          Torre Chardon Suite 1201
                                          350 Chardon Ave.
                                          Hato Rey, PR 00918
                                          Tel (787) 766-5656
                                          Fax (787) 771-4049