**Determination of Balance Due by Defendant at 4/30/07**

| Defendant's Name | Restitution Orde by the Court | Amount Paid | Balance due | Amount of loss |
|---|---:|---:|---:|---:|
| Luis E. Dubon | 1,559,828.00 | 1,284,191.00 | 275,637.00 | |
| Yamil H. Kouri | 1,394,358.95 | 409,267.46 | 985,091.49 | |
| Jorge Garib Bazain | 88,764.00 | 88,764.00 | - | |
| Rafael Rizek Nassar | 35,000.00 | 35,000.00 | - | |
| Jeannette Sotomayor | 35,689.49 | 9,975.00 | 25,714.49 | |
| Edgardo Rosario Burgos | 51,773.02 | 51,773.02 | - | |
| Armando Borel Barreiro | 18,777.20 | 25.00 | 18,752.20 | |
| Angel Corcino Mauras | 109,094.23 | 4,800.00 | 104,294.23 | |
| Julio Corcino Mauras | 109,094.23 | 0 | 109,094.23 | |
| **Totals** | **$ 3,402,379.12** | **$ 1,883,795.48** | **1,518,583.64** | **$ 2,279,152.42** |
| Not included in Conspiracy (E. Rosario Burgos) | | 9,382.02 | | |
| Not included in Conspiracy (Ingard Glz) | | 11,400.00 | | |
| Not included in Conspiracy (Ismael Reyes) | | 170.00 | | |
| Total paid related with amount of loss | | **$ 1,862,843.46** | | |
| Total loss included in indictment | | | | |
| **Amount due at 4/30/07 of total loss** | | | | **$ 416,308.96** |