IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. #97-091 (JAF) |
| Plaintiff | |
| vs. | |
| YAMIL H. KOURI-PEREZ | |
| Defendant | |

### MOTION REQUESTING TERMINATION OF SUPERVISED RELEASE PURSUANT TO 18 USC 3583(e)(1)

**TO THE HON. COURT:**

**HEREIN APPEARS** defendant Yamil Kouri Perez through his undersigned attorney and most respectfully prays and requests:

1. Defendant began serving his three year term of supervised release on October 19, 2006.

2. Pursuant to 18 USC 3583(e)(1) this Hon. Court has the authority to terminate a term of supervised release and discharge the person after the expiration of one year of supervised release which has already occurred in defendant's case.

3. Defendant is presently being supervised by U.S. Probation Officer Nicole L. Monteiro, tel. (617)748-9203, (617)201-0666. She can attest to the fact that defendant has always complied with his conditions of supervised release and supports his request for early termination.

4.  If granted release defendant intends to work as a missionary doctor in Haiti helping patients infected with HIV. He cannot do this while on supervised release.

**WHEREFORE** it is respectfully requested from this Hon. Court that after consulting with prosecutor Mary Butler and Probation Officer Monteiro it authorize early termination of defendant Yamil Kouri's supervised release.

**RESPECTFULLY SUBMITTED.**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Postal Service the document to the following: Mary Butler, Department of Justice, Bond Building, 10th and Constitution Ave., Washington DC 20530.

In San Juan, Puerto Rico, this 7th day of November, 2007.

s/*Rafael F. Castro Lang*

**RAFAEL F. CASTRO LANG**
USDC-PR#128505
Attorney for Defendant
P O Box 9023222
San Juan PR 00902-3222
787 - 723-3672 - 723-1809
Fax 787 - 725-4133
rafacastro@prtc.net