UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) No. 97-091 (JAF) |
| YAMIL KOURI, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**UNOPPOSED MOTION OF THE UNITED STATES TO PREPARE A
RESPONSE TO DEFENDANT YAMIL KOURI'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America, by the undersigned Trial Attorney, files this response to defendant Yamil Kouri's motion for early termination of his supervised release by US Probation and respectfully requests additional time to obtain information about the defendant's plans and states as follows:

1. The undersigned has spoken with the defendant's probation officer, Nicole L. Monteiro, who advised the undersigned that she was not aware of the court's order requiring the Probation office to respond, and that based on his performance under supervision up to this time, she has no basis to oppose this request. Her position is consistent with the general policy of the US Probation Office in evaluating early termination requests. She was aware of the defendant's interest in trying to volunteer to help AIDS victims in Haiti and the Dominican Republic, but she did not have available to her information concerning the government's inquiry about the specific details of Dr. Kouri's plans involving any AIDS treatment or prevention work and his ability to travel outside of the United States.

2. The Undersigned has also contacted defense counsel, Rafael Castro Lang, Esq., and has requested more information on these topics. Mr. Castro Lang has agreed to contact Dr.

Kouri for that purpose and to provide additional information to the undersigned.

    WHEREFORE, the United States respectfully requests that this Court grant the government an additional 21 days, in light of the holiday season, to obtain additional information to respond to the defendant's motion.

RESPECTFULLY SUBMITTED,

WILLIAM M. WELCH, JR
CHIEF

By: /S/_____
    Mary K. Butler
    Court Id No. 00915
    Trial Attorney
    U.S. Department of Justice
    1400 New York Ave., 12th FL
    Washington, DC 20005
    (202)616-7529
    (202) 514-3003 Fax

Certificate of Service

    Mary K. Butler hereby certifies that on _____, 2007 this motion will be served by electronic means to counsel for defendant Kouri and that a copy of the court's order and this motion it will be served by facsimile to Nicole L. Monteiro, US Probation Office at 617-748-4260.

    \_/s/_____
    Mary K. Butler